KAREN ASPLUND VELEZ, State Bar No. 142287
MARK P. VELEZ, State Bar No. 163484
THE VELEZ LAW FIRM
6940 Destiny Drive
Rocklin, CA 95677
Tel: 916.774.2720
Fax: 916.774.2730
E-mail: markesq@quiknet.com
Attorneys for Plaintiff BARBARA HOEY

MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
E-mail:  mriechert@morganlewis.com

SHANNON NAKABAYASHI, State Bar No. 215469
KATHRYN M. DANCISAK, State Bar No. 259392
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  snakabayashi@morganlewis.com
E-mail:  kdancisak@morganlewis.com

Attorneys for Defendants
NEW YORK LIFE INSURANCE CO. INC. and NEW YORK
LIFE INSURANCE & ANNUITY CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HOEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE CO. INC., a New York Corporation and NEW YORK LIFE INSURANCE & ANNUITY CORPORATION, a Delaware Corporation,<br><br>　　　　　Defendants. | Case No. 2:09-CV-02116-LKK-GGH<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Current Date: May 9, 2011<br>Proposed Date: June 6, 2011 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIP. AND [PROPOSED] ORDER TO CONT.
HRG ON MTN FOR SUMMARY JUDGMENT
CASE NO. 2:09-CV-02116-LKK-GGH

Plaintiff Barbara Hoey ("Plaintiff") and Defendants New York Life Insurance Co. Inc. and New York Life Insurance & Annuity Corp. ("Defendants"), by and through their respective counsel, jointly stipulate to continue the hearing date for Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, from May 9, 2011 to June 6, 2011 as follows:

**JOINT STIPULATION**

Whereas, Defendants filed a Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment on April 11, 2011;

Whereas, the hearing on Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment is scheduled for May 9, 2011;

Whereas, Plaintiff's counsel is not available to attend the hearing on May 9, 2011 because Plaintiff has commenced a trial in Sacramento County Superior Court in the matter entitled Beauchamp v. Teamsters Local 150, Case No. 34-2009-00060500, in Department 45 before the Honorable Judy Hersher; and that Judge Hersher has ordered Plaintiff's counsel to remain in the trial;

Accordingly, Plaintiff and Defendants, by and through their counsel of record, hereby stipulate to, and request the Court's approval of, continuing the date for the hearing on the Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment from May 9, 2011 to June 6, 2011.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated: May 6, 2011                                             MORGAN, LEWIS & BOCKIUS LLP

By      /s/ Melinda S. Riechert
Melinda S. Riechert
Attorneys for Defendants
NEW YORK LIFE INS. CO. INC. and
NEW YORK LIFE INS. & ANNUITY
CORPORATION

Dated: May 6, 2011                                             THE VELEZ LAW FIRM

By      /s/ Mark P. Velez
Mark P. Velez
Attorneys for Plaintiff
BARBARA HOEY

## [PROPOSED] ORDER

In light of the Parties' stipulation, and good cause appearing, the hearing on Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment is hereby continued from May 9, 2011 to June 6, 2011 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: May 6, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

3    STIP. AND [PROPOSED] ORDER TO CONT.
HRG ON MTN FOR SUMMARY JUDGMENT
CASE NO. 2:09-CV-02116-LKK-GGH