KAREN ASPLUND VELEZ, State Bar No. 142287
MARK P. VELEZ, State Bar No. 163484
THE VELEZ LAW FIRM
6940 Destiny Drive
Rocklin, CA 95677
Tel: 916.774.2720
Fax: 916.774.2730
Attorneys for Plaintiff
BARBARA HOEY

MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

SHANNON NAKABAYASHI, State Bar No. 215469
KATHRYN M. DANCISAK, State Bar No. 259392
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: snakabayashi@morganlewis.com
E-mail: kdancisak@morganlewis.com

Attorneys for Defendants
NEW YORK LIFE INSURANCE CO. INC. and NEW
YORK LIFE INSURANCE & ANNUITY
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HOEY, | Case No. 2:09-CV-02116-LKK-GGH |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER** |
| vs. | |
| NEW YORK LIFE INSURANCE CO. INC., a New York Corporation and NEW YORK LIFE INSURANCE & ANNUITY CORPORATION, a Delaware Corporation, | |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATION FOR DISMISSAL AND
[PROPOSED] ORDER
CASE NO. 2:09-CV-02116-LKK-GGH

DB2/ 22639923.1

**TO THE ABOVE ENTITLED COURT AND ALL INTERESTED PARTIES**

In accordance with the Confidential Settlement Agreement and General Release executed by Plaintiff Barbara Hoey and Defendants New York Life Insurance Co. Inc. and New York Life Insurance & Annuity Corporation, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-mentioned parties stipulate and request that the action against the above Defendants be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated: September 1, 2011          MORGAN, LEWIS & BOCKIUS LLP


                                  By /s/ *Shannon Nakabayashi*
                                     Melinda S. Riechert
                                     Shannon Nakabayashi
                                     Attorneys for Defendants
                                     NEW YORK LIFE INSURANCE CO.
                                     INC. and NEW YORK LIFE
                                     INSURANCE & ANNUITY CORP.


Dated: September 1, 2011          THE VELEZ LAW FIRM


                                  By/s/ *Mark Velez*
                                     Karen Valez
                                     Mark P. Velez
                                     Attorneys for Plaintiff
                                     BARBARA HOEY

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2    STIPULATION FOR DISMISSAL AND
     [PROPOSED] ORDER
     CASE NO. 2:09-CV-02116-LKK-GGH

DB2/ 22639923.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HOEY, | Case No. 2:09-CV-02116-LKK-GGH |
| Plaintiff, | **ORDER DISMISSING CLAIMS PURSUANT TO PARTIES STIPULATION AND SETTLEMENT** |
| vs. | |
| NEW YORK LIFE INSURANCE CO. INC., a New York Corporation and NEW YORK LIFE INSURANCE & ANNUITY CORPORATION, a Delaware Corporation, | |
| Defendants. | |

Good cause appearing, and pursuant to a settlement agreement and Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that Plaintiff's claims against Defendants New York Life Insurance Co. Inc. and New York Life Insurance & Annuity Corporation be and hereby are dismissed with prejudice.  Each party shall bear their own costs and attorney's fees.

DATED: September 2, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

3

STIPULATION FOR DISMISSAL AND
[PROPOSED] ORDER
CASE NO. 2:09-CV-02116-LKK-GGH

DB2/ 22639923.1