1  KAREN ASPLUND VELEZ, State Bar No. 142287
   MARK P. VELEZ, State Bar No. 163484
2  THE VELEZ LAW FIRM
   6940 Destiny Drive
3  Rocklin, CA 95677
   Tel: 916.774.2720
4  Fax: 916.774.2730
   Attorneys for Plaintiff
5  BARBARA HOEY

6  MELINDA S. RIECHERT, State Bar No. 65504
   MORGAN, LEWIS & BOCKIUS LLP
7  2 Palo Alto Square
   3000 El Camino Real, Suite 700
8  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
9  Fax:  650.843.4001
   E-mail:  mriechert@morganlewis.com
10

11 SHANNON NAKABAYASHI, State Bar No. 215469
   KATHRYN M. DANCISAK, State Bar No. 259392
   MORGAN, LEWIS & BOCKIUS LLP
12 One Market, Spear Street Tower
   San Francisco, CA  94105-1126
13 Tel: 415.442.1000
   Fax:  415.442.1001
14 E-mail:  snakabayashi@morganlewis.com
   E-mail:  kdancisak@morganlewis.com
15
   Attorneys for Defendants
16 NEW YORK LIFE INSURANCE CO. INC. and NEW
   YORK LIFE INSURANCE & ANNUITY
17 CORPORATION

18

19                UNITED STATES DISTRICT COURT

20                EASTERN DISTRICT OF CALIFORNIA

21

| | |
|---|---|
| 22  BARBARA HOEY, | Case No. 2:09-CV-02116-LKK-GGH |
| 23          Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER** |
| 24       vs. | |
| 25  NEW YORK LIFE INSURANCE CO. INC., a New York Corporation and NEW YORK LIFE INSURANCE & ANNUITY CORPORATION, a Delaware Corporation, | |
| 27          Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

                            1             STIPULATION FOR DISMISSAL AND
                                          [PROPOSED] ORDER
                                          CASE NO. 2:09-CV-02116-LKK-GGH

DB2/ 22639923.1

**TO THE ABOVE ENTITLED COURT AND ALL INTERESTED PARTIES**

In accordance with the Confidential Settlement Agreement and General Release executed by Plaintiff Barbara Hoey and Defendants New York Life Insurance Co. Inc. and New York Life Insurance & Annuity Corporation, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-mentioned parties stipulate and request that the action against the above Defendants be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated: September 1, 2011                    MORGAN, LEWIS & BOCKIUS LLP


By /s/ *Shannon Nakabayashi*
  Melinda S. Riechert
  Shannon Nakabayashi
  Attorneys for Defendants
  NEW YORK LIFE INSURANCE CO.
  INC. and NEW YORK LIFE
  INSURANCE & ANNUITY CORP.


Dated: September 1,2011                     THE VELEZ LAW FIRM


By/s/ *Mark Velez*
  Karen Valez
  Mark P. Velez
  Attorneys for Plaintiff
  BARBARA HOEY

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
CASE NO. 2:09-CV-02116-LKK-GGH

DB2/ 22639923.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HOEY,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NEW YORK LIFE INSURANCE CO. INC., a New York Corporation and NEW YORK LIFE INSURANCE & ANNUITY CORPORATION, a Delaware Corporation,<br><br>　　　　　　　　Defendants. | Case No. 2:09-CV-02116-LKK-GGH<br><br>**ORDER DISMISSING CLAIMS PURSUANT TO PARTIES STIPULATION AND SETTLEMENT** |

　　　Good cause appearing, and pursuant to a settlement agreement and Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that Plaintiff's claims against Defendants New York Life Insurance Co. Inc. and New York Life Insurance & Annuity Corporation be and hereby are dismissed with prejudice.  Each party shall bear their own costs and attorney's fees.

　　　DATED:  September 2, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

3

STIPULATION FOR DISMISSAL AND
[PROPOSED] ORDER
CASE NO. 2:09-CV-02116-LKK-GGH

DB2/ 22639923.1